This is to advise that on September 13, 2007

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 07-138

In action

Ct. No. 05-00439

Shanghai Eswell Enter. Co., Ltd.;
Jinfu Trading Co., Ltd.; and Zhejiang
Native Produce and Animal By-Products
Import & Export Group Corp.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

The American Honey Producers
Association of America  and
The Sioux Honey Association,
(Defendant Intervenors.)